UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT

OF TEXAS

In Re:                                )   CASE NO. 93-46248-H2-7
                                      )
                                      )
ENERCAP CORPORATION                   )
                                      )
                                      )
                                      )   ORDER TO PAY UNCLAIMED FUNDS
                                      )
    Debtor(s).                        )   Doc. #98

It appearing that the check made payable to RICHARD S. GUNTHER, Trustee of GUNTHER FAMILY TRUST in the amount of $5,550.42, was not charged against the bank account of the debtor, ENERCAP CORPORATION within the 90 day limit and an unclaimed money report was entered on 4/26/06 to close the account and transfer the monies into the Registry of the Clerk, U.S. Bankruptcy Court, and

It further appearing that RICHARD S. GUNTHER, Trustee of GUNTHER FAMILY TRUST is now claiming the above monies in the petition attached hereto,

It is ordered that the Clerk of the U.S. Bankruptcy Court pay said sum of $5,550.42 to:   RICHARD S. GUNTHER, Trustee of GUNTHER FAMILY TRUST

C/O ASSET RECOVERY TRUST

P.O. BOX 4296

COSTA MESA, CA 92628

Dated: July 6, 2006



Wesley W. Steen

UNITED STATES BANKRUPTCY JUDGE