UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

AUG 2 2 2006

MICHAEL N. MILBY, CLERK OF COURT

IN RE:                          )     CASE NO. 93-46248
                                )
   Enercap Corporation          )
               Debtor           )

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

The Royal Bank of Scotland hereby petitions the Court for the release of $3,526.88 being held in the registry of this court as unclaimed funds. A dividend check in the amount totaling $3,526.88 was not negotiated by the creditor. The Trustee, pursuant to 11 U.S.C. Section 347(a), delivered the unclaimed funds to the Clerk, US Bankruptcy Court.

Applicant further states that:

1. Applicant has entered into an agreement or otherwise represents the creditor in this application. The terms and conditions of such agreement are attached as an original Agent Authorization from the individual creditor or the duly authorized representative for the business or Corporation.

2. Applicant has made sufficient inquiry and has no knowledge that this claim is currently pending before the Court, or that any party other than the applicant is entitled to submit an application for this claim.

3. Applicant is applying on behalf The Royal Bank of Scotland. They did not receive a check in the amount of $3,526.88 at their previous address of 59 Wall Street, New York, NY 10055. The company is now doing business at 101 Park Avenue, New York, NY 10178. The telephone number is (212) 401-3514/

4. The undersigned certifies under penalty of perjury, that the attachments submitted in support of this application are filed in good faith and are intended to recover funds rightfully owed the Creditor.

Dated: 8/17/06

_____
Charlene J. Keys/dba Keys Research
Attorney-in-Fact
23630 SE 440th Street
Enumclaw, WA 98022
(360) 825-7300

PROOF OF SERVICE BY U.S. MAIL

KEYS RESEARCH declares that on August 17, 2006, a letter was directed to U.S. Attorney, and the U.S. Trustee for the Southern District of Texas, Houston Division in compliance with U.S. Bankruptcy Court procedures of notification and was placed for delivery with the U.S Postal Service in Enumclaw, Washington for the following case:

| | |
|---|---|
| Case # | 93-46248 |
| Debtor | Enercap Corporation |
| Creditor | The Royal Bank of Scotland |
| Amount | $3,526.88 |

I declare under penalty of perjury under the United States of America the foregoing is true and correct.

DATED  8/17/06          BY: _____
                        Charlene Keys, Attorney-in-fact
                        Keys Research
                        23630 SE 440TH Street
                        Enumclaw, WA 98022
                        (360) 825-7300

*Keys Research*   <u>Abandoned Funds Investigation & Recovery</u>
23630 Southeast 440th Street, Enumclaw WA 98022
360-825-7300
Fax  360-825-5482

August 17, 2006

U.S. Attorney
P.O. Box 61129
Houston, TX 77208

U.S. Attorney:

In compliance with Bankruptcy Court ruling and pursuant to 28 USC Section 2042, this letter is to serve notice of application to the U.S Bankruptcy Court, Southern District of Texas, Houston Division, for the release of unclaimed funds owing to the following Creditor.

| | |
|---|---|
| Case # | : 93-46248 |
| Debtor | : Enercap Corporation |
| Creditor | : The Royal Bank of Scotland |
| Amount | : $3,526.88 |

This notice requires no action on your part.

Sincerely,

*[signature]*
Charlene J. Keys
Keys Research

CC: US Bankruptcy Court
    515 Rusk Avenue
    Houston, TX 77002
    ATTN: Intake Department

    US Trustee
    515 Rusk Avenue #3516
    Houston TX 77002

*Licensed, Bonded, Better Business Bureau Member*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: ENERCAP CORPORATION | § | Case No. 93-46248 |
| | § | |
| | § | |
| DEBTOR | § | CHAPTER 7 |

### ORDER

UPON THE MOTION of the Trustee to Pay Funds into the Court Registry under 11 USC §347(a) and/or Federal Rule of Bankruptcy Procedure 3010, the Trustee is directed to deposit into the registry these unclaimed funds and/or small dividends reflected on the attachment to this order.

THIS order is signed for the Court by the Clerk under authority of 23 USC §956 and General Order 2000-3.

SIGNED this the 24 day of April, 2006.

MICHAEL N. MILBY, CLERK

_____
DEPUTY CLERK

91

| | | | |
|---|---|---|---|
| #19 | Mary A. Heatter<br>400 North Elm St<br>Frankfort, IL 60423 | 65 | $ 1,763.45 |
| #20 | Fairchild Ancell & Wous, Inc.<br>1155 Dairy Ashford #206<br>Houston, TX 77079 | 66 | $   330.55 |
| #21 | David Dellenback | 69 | $    92.58 |
| #22 | William and Julia Dellenback | 72 | $    92.58 |
| #23 | Royal Bank of Scotland<br>c/o Brown Brothers Harriman<br>59 Wall St<br>New York, NY 10055 | 76 | $ 3,526.88 |
| #24 | Ernest V. Roundtree<br>6101 S Broadway, Ste 460<br>Tyler, TX 75703 | | $    66.50 |

**Total Unclaimed Dividends**             **$13,379.22**

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

APR 25 2006

**EXHIBIT "A"**

MICHAEL N. MILBY, CLERK OF COURT

IN RE: ENERCAP CORPORATION            CASE NO.: 93-46248-H2-7

| Name & Address | Claim No. | Amount |
|---|---|---|
| __ SMALL DIVIDENDS | | |
| None | | |
| X  UNCLAIMED DIVIDENDS | | |
| #1  SW Bell<br>3920 FM 1960 West #222<br>Houston, TX 77068 | 4 | $ 3.37 |
| #2  Petro Comp Systems<br>1111 North Loop West #940<br>Houston, TX 77008 | 5 | $ 9.55 |
| #3  AZ Grant International<br>PO Box 7108<br>Houston, TX 77248-7108 | 8 | $ 1.28 |
| #4  Energy Machine & Welding<br>212 Lisa Ln<br>Palestine, TX 75801 | 11 | $ 5.02 |
| #5  AG Edwards & Sons<br>One North Jefferson<br>St. Louis, MO 63103 | 13 | $ .42 |
| #6  George M. Bard<br>1111 Galleon Dr<br>Naples, FL 33940 | 22 | $ 881.73 |
| #7  Brooks Duplicator Co.<br>10402 Rockley Rd<br>Houston, TX 77099 | 26 | $ .94 |

| | | | |
|---|---|---|---|
| #8 | Daniel Wallace<br>AG Edwards, Icn.<br>520 Pike Tower #2420<br>Seattle, WA 98101 | 27 | $ 13.90 |
| #9 | Lone Star Gas Co.<br>300 South St. Paul, Ste 840-EC<br>Dallas, TX 75201 | 30 | $ 866.31 |
| #10 | Dwayne Wilderson<br>PO Box 102<br>Newkirk, NM 88431 | 32 | $ 5.96 |
| #11 | V&S Pole Line Cont.<br>PO Box 306<br>Elkhart, TX 75839 | 33 | $ 146.00 |
| #12 | Amroc Investments<br>Attn: Ruth C. Steinberg<br>535 Madison Ave, 15th Fl<br>New York, NY 10022 | 34 | $ 3.21 |
| #13 | American Bank Note<br>51 W 52nd Street<br>New York, NY 10019 | 39 | $ 9.07 |
| #14 | Richard Gunter/Trust<br>2121 Avenue of the Stars #624<br>Los Angeles, CA 90067 | 43 | $ 1,185.91 |
| #15 | Richard Gunter/Trust<br>2121 Avenue of the Stars #624<br>Los Angeles, CA 90067 | 44 | $ 4,364.51 |
| #16 | Philip Randall<br>103 Rockport Ave<br>Greer, SC 29650 | 47 | $ 1.77 |
| #17 | Brooks Well Servicing<br>PO Box 1240<br>Kilgore, TX 75663 | 48 | $ 4.59 |
| #18 | Friendswood Development<br>17001 Northchase Dr #630<br>Houston, TX 77060-2139 | 51 | $ 3.14 |

# AGENT AUTHORIZATION
## Royal Bank of Scotland

**Royal Bank of Scotland** (the "Company") does hereby grant to Charlene J. Keys dba Keys Research, (the "Agent"), the Company's true and lawful Agent for it and in my name, place and stead, giving unto my Agent full power to do and perform all and every act that I may legally do through an Agent, for the following limited purpose and for no other:

**To reclaim, recover and return unclaimed funds in the amount of $3,526.88 ONLY, less agreed upon fee, to the signatory below.**

The Company does hereby grant the Agent every power necessary to carry out the limited purposes for which this Agent Authorization is granted.

The Company does state under penalty of perjury that all copies of supporting documents provided in support of this claim are true and lawful copies of the original documents.

The rights, powers, and authority of my Agent herein granted shall commence and be in full force and effect from the date I sign this Agent Authorization and such rights, powers, and authority shall remain in full force and effect thereafter until revoked in writing or until funds are collected. This duly executed Authorization does hereby annul, cancel, revoke, and terminate all rights, powers, authorities and privileges set forth in any previously signed Power of Attorney.

DATED 8/10/06   SIGNED _[signature]_

Print Name and Title RUSSELL GIBSON BRANCH MANAGER

*CORPORATE SEAL*   TAX ID Number 13-1898944

AFFIDAVIT: (to be signed if Corporate Seal is unavailable)
The Corporate seal for this Corporation is not available.

Dated 8/10/06   Signed _[signature]_

********************************************************************

## NOTARY ACKNOWLEDGMENT

State New York, County of New York

ACKNOWLEDGED before me on this date Russell Gibson, by the Individual(s) described above and holding the position designated in this instrument, and who has appeared before me to acknowledge the execution thereof to be of his/her free act and deed.

NOTARY SEAL
THEODORE P. NIKOLIS
NOTARY PUBLIC, State of New York
No. 02NI6129589
Qualified in New York County
Commission Expires June 27, 2009

NOTARY PUBLIC _[signature]_
My commission expires on 6/27/09

## AFFIDAVIT OF PREVIOUS ADDRESS
## Royal Bank of Scotland

BE IT ACKNOWLEDGED, that I _Russell Gibson_, the undersigned deponent, belonging to the legal age, do hereby depose and say under the pains and penalties of perjury as follows:

That I am the _Branch Manager_ of Royal Bank of Scotland. My responsibilities include, but are not limited to, the recovery and/or collection of outstanding checks and receivables of Royal Bank of Scotland and its subsidiaries, affiliates and acquisitions. Royal Bank of Scotland and its subsidiaries, affiliates and acquisitions have numerous branch addresses, business locations, and payment centers. The addresses of which have changed, and/or been eliminated over time.

For this reason, it is overly burdensome, and may be impossible, to provide documentation to verify the specific address of record.

I affirm the foregoing is true under penalty of perjury this _10th_ day of _August_, 2006.

Signed: _[signature]_
Name and Title
_Russell Gibson_
_Branch Manager_

***********************************************************

## NOTARY ACKNOWLEDGMENT

State of _New York_ County of _New York_

ACKNOWLEDGED before me on this date _8/10/06_, by the individual(s) described in [and holding the position designated] in this instrument, appeared before me and acknowledged the execution thereof to be his/her free act and deed.

**THEODORE P. NIKOLIS**
**NOTARY PUBLIC, State of New York**
**No. 02NI6129589**
**Qualified in New York County**
**Commission Expires June 27, 20_09_**
    NOTARY
    SEAL

_[signature]_
Notary Public
My commission Expires _6/27/09_

## OFFICER'S CERTIFICATE OF AUTHORITY
### Royal Bank of Scotland

This affirmation certifies that **Russell Gibson** is the **Branch Manager** of Royal Bank of Scotland, and as such is authorized to execute and deliver all documents pertaining to the recovery of abandoned or unclaimed property owing to Royal Bank of Scotland.

Signed: _(signature)_

Name: **Richard Daingerfield**

Title: **Chief Legal Officer**                    Affix

                                                  Seal

Address: **101 Park Avenue NYC 10178**

*PLEASE NOTE: Another corporate officer other than signator on Agent Authorization must sign this document.*

***

### NOTARY ACKNOWLEDGMENT

State of **New York**, County of **New York**
Acknowledged before me on _____ by **Richard Daingerfield**
who says that he/she is **Executive Vice President** of the corporation named above and is authorized to execute this power in it's behalf.

Date: **8/14/06**

_(signature)_ Patricia W. Somaiah
Notary Public
My commission expires _____

NOTARY SEAL

PATRICIA W. SOMAIAH
Notary Public, State of New York
No. 01SO6015756
Qualified in Nassau County
Commission Expires November 9, 2006



Legal Identification
(Signator of Agent Authorization)

*Russell Gibson*

Business Card

**RBS**
*The Royal Bank of Scotland*

**Russell M. Gibson**
Branch Manager &
Chief Administration Officer

**Global Banking & Markets**

101 Park Avenue
New York, NY 10178

Telephone: 212 401 3514
Facsimile: 212 401 3608
Email: russell.gibson@rbos.com
Website: www.rbos.com

The Royal Bank of Scotland plc
New York Branch

(Signator of Officer Certificate of Authority)

**RBS**
*The Royal Bank of Scotland*

**Richard Daingerfield**
Executive Vice President &
Chief Legal Officer

101 Park Avenue
New York, NY 10178

Telephone: 212 401 3580
Facsimile: 212 401 3632
E-mail: richard.daingerfield@rbos.com

The Royal Bank of Scotland plc
New York Branch